UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY LEON ROBINSON,

Plaintiff,

v.

KEITH DEVOS, et al.,

Defendants.

CASE NO. 3:25-CV-6130-RAJ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion to Dismiss (Dkt. 19) is GRANTED. Plaintiff shall have until 30 days from the date of this Order to file an amended complaint. Failure to file an amended complaint by the required deadline will result in dismissal of this action.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 28th day of August, 2026.

The Honorable Richard A. Jones
United States District Judge